Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN LEMIEUX AND ERICK KNUTSON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATTED, ,<br><br>Plaintiffs,<br><br>vs.<br><br>BLOCKBUSTER, INC.,<br><br>Defendant. | CASE NO. 07-CV-1582 JAH (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>Action Filed: 08/09/07 |

GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED THAT as to the matter between Kevin Lemieux and Erick Knutson as Plaintiffs and Blockbuster, Inc. as Defendant, plaintiffs' individual claims shall be dismissed with prejudice and the class claims shall be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a).

**IT IS SO ORDERED.**

DATED: August 12, 2008

[signature]
United States District Court Judge

Dallas 1439064v.1